Matthew R. Bainer, Esq. (S.B. # 220972)
Hannah R. Salassi, Esq. (S.B. #230117)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: scole@scalaw.com
Email: hsalassi@scalaw.com
Web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

John S. Curtis (Bar No. 50350)
Email: jcurtis@azraellaw.net
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone: (818) 766-5177
Facsimile: (818) 766-5047

David E. Martin, pro hac vice admittee
Email: david.e.martin@macys.com
Catherine E. Sison, pro hac vice admittee
Email: catherine.sison@macys.com
**MACY'S LAW DEPARTMENT**
611 Olive Street, 10th Floor
St. Louis, MO 63101
Telephone: (314) 342-6719
Facsimile: (314) 342-6066

Attorneys for Defendant
MACY'S CORPORATE SERVICES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN QUINLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>MACY'S CORPORATE SERVICES, INC., and DOES 1 through 100, inclusive, | Case No. CV 12-00737 DDP (JCx)<br><br>**CLASS ACTION**<br><br>**STIPULATION REGARDING HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

1                 Defendants.

2     The parties, representative plaintiff Steven Quinlan ("Plaintiff") and defendant Macy's Corporate Services, Inc. ("Defendant"), by and through their respective counsel of record, hereby agree and stipulate as follows:

**WHEREAS,** the Court continued the hearing date for Plaintiff's Motion for Class Certification from April 1, 2013 to April 22, 2013 at 10:00 a.m.;

**WHEREAS,** due to an unavoidable scheduling conflict, Plaintiff's counsel is unable to appear on April 22, 2013;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among all parties, and subject to this Court's approval, that the hearing for Plaintiff's Motion for Class Certification shall be held on May 20, 2013 at 10:00 a.m., which is the earliest date practicable for the parties, or any day thereafter convenient to the Court.

**IT IS SO STIPULATED.**

Dated: April 2, 2012

                        **SCOTT COLE & ASSOCIATES, APC**

                        By: /s/ Hannah R. Salassi
                             Hannah R. Salassi, Esq.
                             Attorneys for the Representative Plaintiff and the Plaintiff Class

Dated: April 2, 2012

                        **MACY'S LAW DEPARTMENT**

                        By: /s/ Catherine Sison
                             Catherine E. Sison, Esq.
                             Attorneys for Defendant MACY'S CORPORATE SERVICES, INC.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800